NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

STACY CARSON AND AMY CARSON,
AS LEGAL GUARDIANS FOR KIT CARSON,
*Petitioners-Appellants,*

v.

SECRETARY OF HEALTH AND HUMAN
SERVICES,
*Respondent-Appellee.*

2010-5089

Appeal from the United States Court of Federal Claims in case no. 02-VV-873, Judge Mary Ellen Coster Williams.

## ORDER

The Secretary of Health and Human Services submits a status report in response to this court's December 21, 2012 order requesting that the stay of briefing be lifted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) The Secretary's response brief is due within 40 days of the date of filing of this order.

(3) The appellants' reply brief is due within 14 days of the date of service of the Secretary's response brief.

FOR THE COURT

JAN 1 0 2013
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David P. Matthews, Esq.
    Heather L. Pearlman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2013

JAN HORBALY
CLERK